DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LORETTE PIERRE,**
Appellant,

v.

**WOODSTOCK PROPERTY OWNERS ASSOCIATION, INC.**
Appellee.

No. 4D20-2267

[December 2, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502015CA004426XXXXMB.

Lorette Pierre, West Palm Beach, pro se.

Ryan M. Aboud of Backer Aboud Poliakoff & Foelster, LLP, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

MAY, KLINGENSMITH, and ARTAU, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***